UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>Gabrielle Lynn Cooke,<br><br>               Defendant. | CASE NO. 22CR1721-TWR<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

_X_   the jury has returned its verdict, finding the defendant not guilty;

of the offense(s) as charged in the Superseding Information:

21:952,960; 21:952,960,963 - Importation of Methamphetamine (Felony);

Conspiracy to Import Methamphetamine (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/1/2023

*Todd Robinson* (signature)

Hon. Todd W. Robinson
U.S. District Judge